# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                                                              dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                                                              ltrust@osbornlawpc.com

## MEMORANDUM ENDORSED

August 18, 2025

**VIA ECF**

Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *Ciciola v. Commissioner of Social Security*
       Civil Action No. 1:25-cv-04437-GWG

Dear Judge Gorenstein,

 We write on behalf of our client, Randy Ciciola, with the consent of the defense, to request a 90-day extension of time to file his motion for judgment on the pleadings which is currently due on August 27, per the Court's July 20, 2025 Scheduling Order. This is the parties' first request for an extension. Plaintiff's counsel needs additional time due to a heavy caseload in the next several weeks and a scheduled vacation.

 After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **November 25, 2025;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **January 26, 2026**; and

- Plaintiff to file his reply, if any, on or before: **February 9, 2026.**

43 West 43rd Street, Suite 131   Telephone 212-725-9800   osbornlawpc.com
New York, New York 10036    Facsimile  212-500-5115   info@osbornlawpc.com

Honorable Gabriel W. Gorenstein
August 18, 2025
Page Two

Thank you for your consideration of this request.

        Respectfully submitted,

        s/Daniel A. Osborn
        Daniel A. Osborn
        OSBORN LAW, P.C.
        43 West 43rd Street, Suite 131
        New York, New York 10036
        Telephone:   212-725-9800
        Facsimile:    212-500-5115
        dosborn@osbornlawpc.com

cc: Fergus John Kaiser, Esq. (by ECF)

The proposed schedule is approved. In light of the extraordinarily lengthy briefing periods, the parties should expect no further extensions.

So Ordered.

        _[signature]_
        GABRIEL W. GORENSTEIN
        United States Magistrate Judge
        August 19, 2025