UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

RANDY CICIOLA,                                  :

        Plaintiff,                          :        ORDER

   -against-                                   :
                                                25 Civ. 4437 (GWG)
COMMISSIONER OF SOCIAL SECURITY,                :

        Defendant.                         :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    Notwithstanding the lapse in funding to the Department of Justice and the issuance on October 1, 2025, of a Standing Order staying certain deadlines in civil cases where the Government is a party, the plaintiff's brief in this case remains due on November 25, 2025.

    SO ORDERED.

Dated: New York, New York
       October 1, 2025

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge