UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

RANDY CICIOLA,                                          :

                Plaintiff,                      :        ORDER

      -against-                                      :
                                                      25 Civ. 4437 (GWG)
COMMISSIONER OF SOCIAL SECURITY,         :

                Defendant.                     :
-------------------------------------------------------------------x

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      Because of the stay granted by virtue of the October 1, 2025, Standing Order, the Government's opposition brief is now due March 9, 2026, which is 43 days after the deadline set forth in Docket #11. The plaintiff's reply brief is due March 23, 2026.   In light of the extremely lengthy briefing schedule approved in Docket # 11, the parties should expect no extensions of these deadlines.

      SO ORDERED.

Dated:  New York, New York
        November 26, 2025

                                              _____
                                      GABRIEL W. GORENSTEIN
                                      United States Magistrate Judge

1